UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL BRADSHAW,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CHW GROUP INC., d/b/a CHOICE HOME WARRANTY**, a New Jersey registered corporation,<br><br>*Defendant.* | No. 2:24-cv-00114-MEF-JBC<br><br>**CLASS ACTION** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Bradshaw and CHW Group Inc. d/b/a Choice Home Warranty hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 11th day of November, 2025.    Respectfully submitted,

SO ORDERED.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  11/12/2025

By: /s/ *Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
(877) 333-9427

Avi R. Kaufman (*pro hac vice*)

1

        kaufman@kaufmanpa.com
        Kaufman P.A.
        237 S Dixie Hwy, Floor 4
        Coral Gables, FL 33133
        Telephone: (305) 469-5881

        *Attorney for Plaintiff*

        **Manatt, Phelps & Phillips, LLP**

        7 Times Square
        New York, NY 10036
        Phone: (212) 830-7184
        Fax: (212) 790-4545

        By: */s/ Kenneth D. Friedman*
        Kenneth D. Friedman
        kfriedman@manatt.com
        A. Paul Heeringa (*Pro Hac Vice*)
        pheeringa@manatt.com
        *Attorneys for Defendant*